George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Brenda Karatas*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Brenda Karatas, | Case No.: 2:21-cv-01956-JAD-BNW |
| Plaintiff(s), v. | **Notice of settlement between Plaintiff and Aqua Finance Inc.** |
| Experian Information Solutions, Inc.; Portfolio Recovery Associates, LLC; Calvary Portfolio Services, LLC; Trans Union LLC; Citizens Community Federal, N.A.; Innovis Data Solutions, Inc.; and Aqua Finance, Inc., | |
| Defendant(s). | |

The dispute between Brenda Karatas ("Plaintiff") and Aqua Finance Inc. ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: November 24, 2021.

**Order**

IT IS ORDERED that a stipulation to dismiss Aqua Finance Inc. is due by 1/28/2022.

**IT IS SO ORDERED**
**DATED:** 8:19 pm, November 29, 2021

*[signature]*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

F‌REEDOM L‌AW F‌IRM

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Brenda Karatas*

N‌OTICE             - 1 -