**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com

COUNSEL FOR TRANS UNION LLC

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA KARATAS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., PORTFOLIO RECOVERY ASSOCIATES, LLC, CALVARY PORTFOLIO SERVICES LLC, TRANS UNION LLC, CITIZENS COMMUNITY FEDERAL, N.A., INNOVIS DATA SOLUTIONS, INC., AND AQUA FINANCE, INC.,<br><br>Defendants. | Case No. 2:21-cv-01956-JAD-BNW<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Brenda Karatas ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

1. On October 25, 2021, Plaintiff filed her Complaint.  The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is November 22, 2021.

5264923.1

1

2. On December 22, 2021, counsel for Trans Union communicated with Plaintiff's counsel via email regarding an extension within which to file a response to the Complaint, and Plaintiff's counsel agreed to the extension.

3. The parties will actively discuss a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions.

4. Moreover, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

5. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including January 12, 2022. This is the second motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 22nd day of December 2021.

QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.

/s/ Jennifer Bergh
Jennifer Bergh
jbergh@qslwm.com
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
COUNSEL FOR TRANS UNION LLC

**ORDER**

IT IS ORDERED that ECF No. 26 is DENIED without prejudice under Local Rule IA 6-1(a), which provides, in part, "A request made after the expiration of the specified period will not be granted unless the movant or attorney demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect."

IT IS SO ORDERED
DATED: 11:53 am, December 27, 2021



BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

5264923.1

2

|   |   |
|---|---|
| 1 | FREEDOM LAW FIRM AND KIND LAW |
| 2 | */s/ Gerardo Avalos* |
| 3 | George Haines |
|   | ghaines@freedomlegalteam.com |
| 4 | Gerardo Avalos |
|   | gavalos@freedomlegalteam.com |
| 5 | 8985 S. Eastern Avenue, Suite 350 |
|   | Las Vegas, NV 89123 |
| 6 | (702) 880-5554 |
| 7 | (702) 385-5518 Fax |
|   | and |
| 8 | Michael Kind |
|   | mk@kindlaw.com |
| 9 | Kind Law |
| 10 | 8860 S. Maryland Parkway, Suite 106 |
|   | Las Vegas, NV 89123 |
| 11 | (702) 337-2322 |
|   | (702) 329-5881 Fax |
| 12 | **COUNSEL FOR PLAINTIFF** |

5264923.1

3