**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com

**COUNSEL FOR TRANS UNION LLC**

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDA KARATAS,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., PORTFOLIO RECOVERY ASSOCIATES, LLC, CALVARY PORTFOLIO SERVICES LLC, TRANS UNION LLC, CITIZENS COMMUNITY FEDERAL, N.A., INNOVIS DATA SOLUTIONS, INC., AND AQUA FINANCE, INC.,<br><br>    Defendants. | Case No. 2:21-cv-01956-JAD-BNW<br><br>**AMENDED JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Brenda Karatas ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Amended Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

1. On October 25, 2021, Plaintiff filed her Complaint.  The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint was December 22, 2021.

1

5264923.1

2. On December 22, 2021, counsel for Trans Union communicated with Plaintiff's counsel via email regarding an extension within which to file a response to the Complaint, and Plaintiff's counsel agreed to the extension. Also on December 22, 2021, Counsel for Trans Union filed a Joint Motion and Order Extending Defendant Trans Union LLC's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint. Erroneously, the date notated for the deadline was November 22, 2021, when the deadline was actually December 22, 2021. As a result, on December 27, 2021, Trans Union's Joint Motion was denied without Prejudice. Therefore, because of a typographical error it appeared the Joint Motion was filed after the deadline, when it was actually filed on the date of the deadline.

3. Counsel for Trans Union therefore would show that this Amended Joint Motion is necessary because of excusable neglect, in the form of a typographical error by Counsel for Trans Union. Both Parties consent and agree that Trans Union's responsive pleading deadline should be extended to January 12, 2022.

4. The parties are actively discussing a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions.

5. Moreover, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

6. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including January 12, 2022. This is the second motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

**ORDER**
**IT IS SO ORDERED**

**DATED:** 10:59 am, December 28, 2021

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

5264923.1

2

Dated this 27th day of December 2021.

QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.

*/s/ Jennifer Bergh*
Jennifer Bergh
jbergh@qslwm.com
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
**COUNSEL FOR TRANS UNION LLC**

FREEDOM LAW FIRM AND KIND LAW

*/s/ Gerardo Avalos*
George Haines
ghaines@freedomlegalteam.com
Gerardo Avalos
gavalos@freedomlegalteam.com
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
(702) 880-5554
(702) 385-5518 Fax
and
Michael Kind
mk@kindlaw.com
Kind Law
8860 S. Maryland Parkway, Suite 106
Las Vegas, NV 89123
(702) 337-2322
(702) 329-5881 Fax
**COUNSEL FOR PLAINTIFF**

3

5264923.1