George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Brenda Karatas*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Brenda Karatas,<br><br>              Plaintiff,<br><br>  v.<br><br>Experian Information Solutions, Inc.; Portfolio Recovery Associates, LLC; Calvary Portfolio Services, LLC; Trans Union LLC; Citizens Community Federal, N.A.; Innovis Data Solutions, Inc.; and Aqua Finance, Inc.,<br><br>              Defendant(s). | Case No.: 2:21-cv-01956-JAD-BNW<br><br>**Stipulation and Order of Dismissal of Experian Information Solutions, Inc**<br><br><br><br>ECF No. 40 |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Brenda Karatas and Experian Information Solutions, Inc. stipulate to dismiss Plaintiff's claims against Experian Information Solutions, Inc. with prejudice.

- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 19, 2022.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Brenda Karatas*

**JONES DAY**

/s/ Katherine Neben
Katherine Neben, Esq.
3161 Michelson Dr. Suite 800
Irvine, CA. 92612

**NAYLOR & BRASTER**

/s/ Jennifer Braster
Jennifer Braster, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Counsel for Experian Information Solutions, Inc.*

**ORDER**

Based on the stipulation between Experian Information Services LLC and the plaintiff **[ECF No. 40]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **all claims against Experian Information Services LLC are DISMISSED** with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 25, 2022