George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Brenda Karatas*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Brenda Karatas, | Case No.: 2:21-cv-01956-JAD-BNW |
| Plaintiff(s,) | **Stipulation and Order of dismissal of Cavalry Portfolio Services with prejudice** |
| v. | |
| Experian Information Solutions, Inc.; Portfolio Recovery Associates, LLC; Calvary Portfolio Services, LLC; Trans Union LLC; Citizens Community Federal, N.A.; Innovis Data Solutions, Inc.; and Aqua Finance, Inc., | ECF No. 44 |
| Defendant(s.) | |

  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Brenda Karatas and Cavalry Portfolio Services stipulate to dismiss Plaintiff's claims against Cavalry Portfolio Services with prejudice.

STIPULATION                        - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 9, 2022.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Brenda Karatas*

**Law Offices of Jeffrey G Sloane**

/s/ Jeffrey Sloane
Jeffrey Sloane, Esq.
2520 St. Rose Parkway Suite 301
Henderson, NV 89074
*Counsel for Cavalry Portfolio Services*

## ORDER

Based on the stipulation between Plaintiff and Defendant Cavalry Portfolio Services **[ECF No. 44]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Cavalry Portfolio Services are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 22, 2022