George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Brenda Karatas*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Brenda Karatas, | Case No.: 2:21-cv-01956-JAD-BNW |
| Plaintiff(s,) | **Stipulation and Order Dismissing Case** |
| v. | |
| Experian Information Solutions, Inc.; Portfolio Recovery Associates, LLC; Calvary Portfolio Services, LLC; Trans Union LLC; Citizens Community Federal, N.A.; Innovis Data Solutions, Inc.; and Aqua Finance, Inc., | ECF No. 48 |
| Defendant(s.) | |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Brenda Karatas and Trans Union, LLC stipulate to dismiss Plaintiff's claims against Trans Union, LLC with prejudice.

STIPULATION     - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 20, 2022.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Brenda Karatas*

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**

/s/ Rachael Swernofsky
Rachael Swernofsky, Esq.
Kurt Bonds, Esq.
6900 N. Dallas Pkwy Ste. 800
Dallas, Texas 75201
*Counsel for Trans Union, LLC*

### ORDER

Based on the parties' stipulation **[ECF No. 48]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. And because this dismissal leaves no parties or claims, the Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 25, 2022